# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SERVSTOR TECHNOLOGIES LLC, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> FUJITSU LTD. and FUJITSU AMERICA § <br> INC., § <br> § <br> Defendants. § | Case No. 2:22-cv-00250-JRG-RSP <br> (Member Case) <br><br> **JURY TRIAL DEMANDED** |

**JOINT MOTION FOR EXTENSION OF TIME FOR PLAINTIFF SERVSTOR TECHNOLOGIES LLC TO COMPLY WITH P. R. 3-1 & 3-2 (INFRINGEMENT CONTENTIONS) AND FOR DEFENDANTS FUJITSU LTD. AND FUJITSU AMERICA INC. TO COMPLY WITH P. R. 3-3 & 3-4 (INVALIDITY CONTENTIONS) AND STANDING ORDER REGARDING SUBJECT-MATTER ELIGIBILITY CONTENTIONS**

Plaintiff ServStor Technologies LLC ("Plaintiff" or "ServStor") and Defendants Fujitsu Ltd. and Fujitsu America Inc. (collectively, "Defendants" or "Fujitsu") (the "Parties") respectfully request an extension of time for ServStor to comply with P. R. 3-1 & 3-2 (Infringement Contentions) from November 3, 2022 up to and including **November 17, 2022** and for Fujitsu to comply with P. R. 3-3 & 3-4 (Invalidity Contentions) and to comply with the Standing Order Regarding Subject-Matter Eligibility Contentions from December 29, 2022 up to and including **January 12, 2023**. The Parties do not file this Joint Motion for the purpose of delay, but rather to allow the Parties to adequately address the issues associated with the pending Contentions and in order that justice be done.

Dated:  November 4, 2022               Respectfully submitted,

                                                        /s/ *Vincent J. Rubino, III*
                                                       Alfred R. Fabricant
                                                       NY Bar No. 2219392
                                                       Email: ffabricant@fabricantllp.com

Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, New Jersey 07078
Telephone: (201) 341-9445
Facsimile (973) 535-0921

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

*ATTORNEYS FOR PLAINTIFF
SERVSTOR TECHNOLOGIES LLC*


 /s/ *Matthew D. Satchwell (with permission)*
Matthew D. Satchwell
Email: matthew.satchwell@us.dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, Illinois 60606-0089
Telephone: (313) 368-2111
Facsimile: (313) 236-7516

*ATTORNEY FOR DEFENDANTS*

*FUJITSU LTD. AND*
*FUJITSU AMERICA INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on November 4, 2022, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendants, and all parties have agreed to the proposed order submitted herewith.

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino